DeKALB COUNTY, GEORGIA,
Plaintiff-Appellant,

v.

SOUTHERN BELL TELEPHONE AND
TELEGRAPH COMPANY,
Defendant-Appellee.

No. 72-3783.

United States Court of Appeals,
Fifth Circuit.

May 29, 1973.

George P. Dillard, Robert E. Mozley, Herbert O. Edwards, Decatur, Ga., for plaintiff-appellant.

Harry S. Baxter, J. Rodgers Lunsford, III, A. Stephens Clay, Albert C. Tate, Jr., Atlanta, Ga., Murphey Candler, Jr., Gary M. Sams, Decatur, Ga., for defendant-appellee.

Before AINSWORTH, DYER and INGRAHAM, Circuit Judges.

PER CURIAM:

We are in agreement with the well reasoned opinion of the district court, DeKalb County, Georgia v. Southern Bell Telephone and Telegraph Company, 358 F.Supp. 498 (N.D.Ga.1972), and its judgment is affirmed.

Kenneth R. LaLONDE, Plaintiff-
Appellant,

v.

UNITED STATES of America et al.,
Defendants-Appellees.

No. 72-1699.

United States Court of Appeals,
Eighth Circuit.

Submitted June 11, 1973.

Decided June 21, 1973.

Robert J. Milzavetz, Minneapolis, Minn., for plaintiff-appellant.

William A. Whitledge, Atty., Tax Div., Dept. of Justice, Washington, D.C., for defendants-appellees.

Before CLARK, Associate Justice, Retired,* and HEANEY and BRIGHT, Circuit Judges.

PER CURIAM.

Upon a careful consideration of the record, briefs and arguments of the parties, the Court has concluded that the judgment of the District Court should be affirmed for the reasons stated in that court's opinion. LaLonde v. United States, 350 F.Supp. 976 (D.Minn. 1972).

* United States Supreme Court, sitting by designation.